■ ELLEN A. DEGROFF et al., Appellants, v EGURKO ORTZA, Respondent, et al., Defendants. [771 NYS2d 466]—Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered January 29, 2003. The order granted the motion of defendant Egurko Ortza and dismissed the complaint against it in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.